IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRETIUM CANADA COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 07- 201 (***) |
| v. | : |
| | : |
| GREEN GROUP ASSOCIATES, LLC, a Delaware limited liability company, | : |
| | : |
| Defendant. | : |
| | : |

## REQUEST TO ENTER DEFAULT PURSUANT TO F.R.C.P. 55(a)

You will please enter a default on Defendant, Green Group Associates, LLC ("Defendant"), for its failure to plead or otherwise defend the Complaint filed on April 13, 2007 as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached declaration of Rick S. Miller, Esquire.

          FERRY, JOSEPH & PEARCE, P.A.

          By: /s/ Rick S. Miller
              RICK S. MILLER (#3418)
              Ferry, Joseph & Pearce, P.A.
              824 Market St., Suite 904
              P.O. Box 1351
              Wilmington, DE 19899
              (302) 575-1555

Date: May 10, 2007

OF COUNSEL:
Mark T. Keaney, Esquire
Lewis Rice & Fingersh, L.C,
500 N. Broadway, Suite 2000
St. Louis MO 63102-2147
(314) 444-7600

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRETIUM CANADA COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 07- 201 (***) |
| v. | : |
| | : |
| GREEN GROUP ASSOCIATES, LLC, a Delaware limited liability company, | : |
| | : |
| Defendant. | : |
| | : |

### DECLARATION OF RICK S. MILLER FOR ENTRY OF DEFAULT

RICK S. MILLER, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiffs in the above-entitled action.

2. The Complaint and Summons in this action were served on Green Group Associates, LLC, a Delaware limited liability company, on April 17, 2007 at its Registered Agent's (Registered Agents, Ltd.) office located at 1220 N. Market Street, Suite 804, Wilmington, DE 19801 by Kevin Dunn, Process Server, who served Laura Bryda, the person in charge at Registered Agents, Ltd. (Registered Agent) , as appears from the Affidavit of Service of the Complaint which has been duly docketed with the Court. (D.I. 3).

3. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

4. The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

5. Inasmuch as the Defendant is a limited liability company, it is not in the military service.

6.      Defendant is neither an infant nor an incompetent person.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date: <u>May 10, 2007</u>        <u>/s/ Rick S. Miller</u>
                                RICK S. MILLER, ESQUIRE (#3418)

**CERTIFICATE OF SERVICE**

I, Rick S. Miller, Esquire, state under penalty of perjury that I caused a copy of the foregoing Request to Clerk to Enter Default Pursuant to F.R.C.P. 55(a) to be served via first class mail, postage prepaid on the date and to the address below:

Green Group Associates, LLC
C/o Registered Agents, Ltd.
1220 N. Market Street, Suite 804
Wilmington DE 19801

and

Green Group Associates, LLC
Edificio Arriaga 77
3 Andar, Sala 305
Funchal 9000
Madeira, Republic of Portugal

Date: May 10, 2007                     /s/ Rick S. Miller
                                       RICK S. MILLER, ESQUIRE (#3418)

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM