# FERRY, JOSEPH & PEARCE, P.A.
ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

PHONE (302) 575-1555
FAX (302) 575-1714

SUSSEX COUNTY OFFICE
215 E. MARKET STREET
GEORGETOWN, DE 19947

PHONE (302) 856-3706
FAX (302) 856-3708

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER +
THOMAS R. RIGGS

( * ALSO PA BAR)
( + ALSO NJ BAR)
( ** ALSO FL, MA AND NY BARS)

www.ferryjoseph.com

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DISABATINO
(1962-2001)

July 10, 2007

**By Hand**
The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Pretium Canada Company v. Green Group Associates, LLC*
      C.A. No. 07-201(***)

Dear Magistrate Judge Thynge:

I am counsel to the plaintiff in the above-referenced case. The defendant has been served, but has failed to plead or otherwise respond to the complaint. I have not received any communication from the defendant or from any person or attorney on behalf of the defendant.

On May 10, 2007, I filed a request for default (D.I. 5) which was entered by the Clerk on June 7, 2007 (D.I. 7). On May 21, 2007, I filed a request for the Clerk to enter judgment by default against the defendant pursuant to Rule 55(b)(2) on the basis that the complaint seeks a sum certain. (D.I. 6). I have included a copy of that request herewith.

I respectfully request that the Court direct the Clerk to enter judgment by default in the principal sum of $379,414.00, court costs of $350.00 and interest pursuant to 28 USC §1961(a). A form of order of judgment is included herewith.

Respectfully yours,

Rick S. Miller (#3418)

cc:   Mark T. Keaney, Esquire
      Clerk of the Court (e-filed)