IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRETIUM CANADA COMPANY,<br>a Nova Scotia unlimited liability company, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : C. A. No. 07-201-*** |
| | : |
| GREEN GROUP ASSOCIATES, LLC,<br>a Delaware limited liability company, | :<br>:<br>: |
| Defendants. | : |

## ORDER

At Wilmington, this **11th** day of **July, 2007.**

IT IS ORDERED that a hearing on plaintiff's motion for default judgment has been scheduled with Judge Thynge for **Thursday, August 16, 2007 at 2:30 p.m.** in Courtroom 6C, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE