IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRETIUM CANADA COMPANY,<br>a Nova Scotia unlimited liability company, | )<br>)<br>) | C.A. No. 07-201(***) |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| GREEN GROUP ASSOCIATES, LLC,<br>a Delaware limited liability company, | )<br>)<br>) | |
| Defendant. | ) | |

## JUDGMENT BY DEFAULT

AND NOW, to wit, this _____ day of _____, 2007, the Court having held a hearing on August 16, 2007 on the Plaintiff's Request for Judgment by Default Pursuant to Fed. R. Civ. P. 55(b)(2)(D.I.6), and the defendant having failed to appear at such hearing, and it appearing that the defendant has been defaulted for failure to appear (D.I. 7) and that the defendant is not an infant or incompetent person, for the reasons set forth by the Court on the record at the hearing, IT IS HEREBY ORDERED as follows:

    1.  Judgment is entered in favor of plaintiff Pretium Canada Company and against defendant Green Group Associates, LLC in the amount of $379,764.00.  As set forth on the record at the hearing, this amount includes plaintiff's claim for recovery of the purchase price, as well as plaintiff's costs to "cover" by procuring a substitute machine.  This amount also includes court costs.

    2.  Interest is awarded pursuant to 28 U.S.C. §1961(a), calculated from the date of this judgment, at the current rate set by the Administrative Office of the United States Courts.

    3.  Pursuant to 28 U.S.C. §636 and Fed. R. Civ. P. 72 and 73, the defendant has the right to request review of this judgment within 10 days of receipt of this Order.

4.  Plaintiff's counsel shall serve a copy of this Order upon the defendant by serving the defendant's registered agent in this State and by air mail at the defendant's last known address.

 

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge