IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRETIUM CANADA COMPANY, | ) | |
| a Nova Scotia unlimited liability company, | ) | C.A. No. 07-201(***) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREEN GROUP ASSOCIATES, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SERVICE

I, Rick S. Miller, Esquire, under penalty of perjury, hereby declare that on this 5th day of September, 2007, I served copies of the Court's Judgment by Default dated August 20, 2007 [D.I. 11] upon the defendant by hand delivery to its registered agent in the State of Delaware, Registered Agents, Ltd., 1220 N. Market Street, Suite 804, Wilmington DE 19801, and by serving the defendant directly by air mail at its last known address, Green Group Associates, LLC, Edificio Arriaga 77, 3 Andar, Sala 305, Funchal 9000, Madeira, Republic of Portugal.

Dated: September 5, 2007	FERRY, JOSEPH & PEARCE, P.A.

/s/Rick S. Miller
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555
Attorney for Plaintiff

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE
FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM